United States District Court
Southern District of Texas
**ENTERED**
October 27, 2015
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

CASE NO.: 4:15-cv-02197

ROBERT RANKIN,

        Plaintiff,

vs.

TEXAS PREMIER RESOURCES, LLC.,
d/b/a PREMIER TANK TRUCK SERVICE,

        Defendant.
_____/

**[PROPOSED] ORDER**

Per the Joint Stipulation for Dismissal without Prejudice filed by Plaintiff, this case is DISMISSED without prejudice as to all parties; all parties to bear their own costs and fees.

Signed at Houston, Texas, on October 27, 2015

_____
UNITED STATES DISTRICT JUDGE